UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-37-01-M |
| ) | |
| RYAN R. NIMBLETT ) | |

ASSENTED-TO MOTION TO CONTINUE BAIL HEARING 14 DAYS

The government, with the assent of the defendant, through defense counsel Paul J. Haley, respectfully requests that the Court continue the Bail Hearing, scheduled for today, August 8, 2005, for 14 days. In support, the government states:

1. Government counsel, Robert Veiga, is away and will not be available until after Monday, August 15, 2005;

2. There are significant factors which bear upon the bail or detention issue which are best addressed by AUSA Veiga;

3. Defense counsel, Paul J. Haley, assents to the relief requested.

WHEREFORE it is respectfully requested that:

A. the hearing scheduled for today, August 8, 2005, be continued for 14 days, to a date convenient to the Court; and,

B. that the conditions of bail now in force be maintained until the hearing is scheduled.

8/8/05
Denied. The US Attorney and defense counsel do not get to cancel bail violation hearings and send defendant's on their own way. The court ordered the hearing. Get him in here tomorrow or I will issue a bench warrant.
James R. Muirhead

August 8, 2005

                                    Respectfully submitted,

                                    THOMAS P. COLANTUONO
                                    United States Attorney

                             By:  /s/ Donald Feith
                                    Donald Feith
                                    Assistant U.S. Attorney
                                    NH Bar # 783
                                    55 Pleasant St.
                                    Concord, NH 03301
                                    (603) 225-1552

### Certificate of Concurrence & Service

I certify that the defendant, through counsel, Paul J. Haley, assent to the relief sought. I further certify that the foregoing pleading was served electronically through ECF on Paul Haley, Esquire on August 8, 2005.

                                    /s/ Donald Feith
                                    Donald Feith, AUSA

### Memorandum of Law

Whereas the relief sought is within the sound discretion of the Court, a Supporting Memorandum of Law is not required nor filed herewith.

                                    /s/ Donald Feith
                                    Donald Feith, AUSA