**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                         Criminal No. 05-cr-037-01-SM

Ryan Nimblett

**O R D E R**

    Defendant appeared for a bail revocation hearing.  Defendant has already pled guilty.  Between November 8, 2004 and January 21, 2005, defendant failed to provide four urine samples as directed.  He was out of monitoring range four times.  Since May 2005 he has failed to provide three samples as directed.  He admitted to one use of LSD on July 10, 2005 which he maintains was involuntarily received while co-operating with Maine police.  Even crediting the latter he has been non-compliant.  Given the number of failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

    Accordingly, it is **ORDERED** that the defendant be detained pending trial.

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a

corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

```
                                _____
                                James R. Muirhead
                                United States Magistrate Judge
```

Date: August 9, 2005

cc:   Donald A. Feith, Esq.
      Paul J. Haley, Esq.
      Jonathan R. Saxe, Esq.
      Robert J. Veiga, Esq.
      U.S. Marshal
      U.S. Probation